[COUNSEL LISTED ON SIGNATURE PAGE]                **E-filed 9/20/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES NORTH AMERICA CORP., <br><br> Plaintiff, <br><br> v. <br><br> MOSAID TECHNOLOGIES INCORPORATED, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. C 02-5772 JF (RS) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff and Counterdefendant Infineon Technologies North America Corp., and Counterdefendants Infineon Technologies AG, Infineon Technologies Holding North America Inc., and Infineon Technologies Richmond, LP ("INFINEON") and Defendant and Counterclaimant MOSAID Technologies Incorporated ("MOSAID") stipulate and agree as follows:

WHEREAS, in its August 24, 2005 Clerk's Notice, this Court scheduled the Case Management Conference in this matter for September 30, 2005; and

WHEREAS, MOSAID has filed a motion for final judgment set for hearing on November 4, 2005, at 9:00 a.m.;

1  NOW THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES, by and through their undersigned counsel of record, that the Case Management Conference in this action, scheduled for September 30, 2005 at 9:00 a.m., be continued until November 4, 2005 at 9:00 a.m.

IT IS SO STIPULATED.

September 14, 2005

Respectfully submitted,

/s/ Eric R. Lamison
_____

John M. Desmarais (*pro hac vice*)
Gregory S. Arovas (*pro hac vice*)
Thomas D. Pease (*pro hac vice*)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022
jdesmarais@kirkland.com
garovas@kirkland.com
tpease@kirkland.com
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Eric R. Lamison (Bar No. 178262)
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
elamison@kirkland.com
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Attorneys for Plaintiff/Counterdefendant
INFINEON TECHNOLOGIES NORTH
AMERICA CORP. and Counterdefendants
INFINEON TECHNOLOGIES AG, INFINEON
TECHNOLOGIES HOLDING NORTH
AMERICA INC., and INFINEON
TECHNOLOGIES RICHMOND, LP

September 14, 2005

Respectfully submitted,

/s/ Tharan Gregory Lanier
_____

Kenneth R. Adamo
James L. Wamsley III
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
kradamo@jonesday.com
jlwamsleyiii@jonesday.com
Telephone:    (216) 586-3939
Facsimile:    (216) 579-0212

Tharan Gregory Lanier (Bar No. 138784)
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, California 94025
tglanier@jonesday.com
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900

Attorneys for Defendant and Counterclaimant
MOSAID Technologies Incorporated

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/20/05

/s/electronic signature authorized
_____
HONORABLE JEREMY FOGEL
United States District Judge