**E-filed 10/27/05**

Kenneth R. Adamo
James L. Wamsley III
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
kradamo@jonesday.com
jlwamsleyiii@jonesday.com
Telephone:    (216) 586-3939
Facsimile:     (216) 579-0212

Tharan Gregory Lanier, State Bar No. 138784
JONES DAY
2882 Sand Hill Road, Suite 240
Menlo Park, California  94025
tglanier@jonesday.com
Telephone:    (650) 739-3939
Facsimile:     (650) 739-3900

Attorneys for Defendant and Counterclaimant
MOSAID Technologies Incorporated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES NORTH AMERICA CORP., <br><br> Plaintiff, <br><br> v. <br><br> MOSAID TECHNOLOGIES INCORPORATED, <br><br> Defendant, <br><br>——————————————<br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. 5:02-cv-05772 JF (RS) <br><br> **STIPULATION AND [PROPOSED] ORDER GRANTING MOSAID TECHNOLOGIES INC.'S MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO RULE 54(b) AND STAYING REMAINING ISSUES IN CASE** |

The parties, having fully briefed MOSAID Technologies, Inc.'s Motion for FED. R. CIV. P. 54(b) Certification of Order Granting Infineon Technologies North America Corp., et al.'s Motion for Summary Judgment, and having discussed the issues, now hereby stipulate as follows:

THAT the United States District Court for the District of New Jersey's Order granting Infineon Technologies North America Corp., et al.'s Motion for Summary Judgment on MOSAID's infringement claims related to United States Patents Nos. 5,822,253 (the "'253 patent"), 5,751,643 (the "'643 patent"), 6,278,640 (the "'640 patent"), 5,828,620 (the "'620 patent"), 6,055,201 (the "'201 patent"), and 6,580,654 (the "'654 patent"), entered by the New Jersey Court on April 1, 2005 (hereafter "the Summary Judgment Order") constitutes a "final judgment" as to one or more but fewer than all of the claims in this action (specifically, the six claims for relief contained in Counts II through VI and X of MOSAID's Third Amended Answer and Counterclaims);

THAT an immediate appeal, accompanied by a stay of the remaining claims, will conserve the resources of both this Court and the litigants;

THAT the six claims for relief covered by the Summary Judgment Order and Proposed Stipulation are separable from the claims remaining to be adjudicated in this Court;

THAT the equities do not counsel against an immediate appeal of the six claims for relief listed above; and

THAT, in light of the foregoing findings, there is no just reason for delaying the entry of final judgment as to those six claims for relief.

Dated: October 25, 2005       KIRKLAND & ELLIS LLP

By: ___/s/ Paul A. Bondor___
       Paul A. Bondor

Attorneys for Plaintiff/Counterdefendants
INFINEON TECHNOLOGIES NORTH
AMERICA CORP., INFINEON TECHNOLOGIES
AG, INFINEON TECHNOLOGIES HOLDING
NORTH AMERICA INC., and INFINEON
TECHNOLOGIES RICHMOND, LP

Dated: October 25, 2005       JONES DAY

By: ___/s/ Tharan Gregory Lanier___
       Tharan Gregory Lanier

Attorneys for Defendant and Counterclaimant
MOSAID TECHNOLOGIES INCORPORATED

ACCORDINGLY, IT IS HEREBY ORDERED THAT:

Based on the stipulation of the parties and having considered MOSAID Technologies, Inc.'s Motion, the Court makes the express findings above and orders that: MOSAID Technologies, Inc.'s Motion be GRANTED; the Clerk should immediately enter final judgment on Counts II, III, IV, V, VI, and X of MOSAID's Third Amended Answer and Counterclaims ("Final Judgment Claims"); and all proceedings as to all remaining claims in this action are stayed pending remand or other disposition of any appeal regarding the Final Judgment Claims, or further order of the Court.

IT IS SO ORDERED.

Dated: 10/27/05                     /s/electronic signature authorized
                                    _____
                                    HONORABLE JEREMY FOGEL
                                    UNITED STATES DISTRICT COURT JUDGE