**E-filed 3/27/06**

1  Kenneth R. Adamo
   James L. Wamsley III
2  JONES DAY
   North Point
3  901 Lakeside Avenue
   Cleveland, Ohio  44114
4  kradamo@jonesday.com
   jlwamsleyiii@jonesday.com
5  Telephone:    (216) 586-3939
   Facsimile:    (216) 579-0212
6
   Tharan Gregory Lanier, State Bar No. 138784
7  JONES DAY
   2882 Sand Hill Road, Suite 240
8  Menlo Park, California  94025
   tglanier@jonesday.com
9  Telephone:    (650) 739-3939
   Facsimile:    (650) 739-3900
10
   Attorneys for Defendant and Counterclaimant
11 MOSAID Technologies Incorporated

12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16

17 | INFINEON TECHNOLOGIES NORTH AMERICA CORP., | Case No. 5:02-CV-05772-JF
18 |                                             | [~~PROPOSED~~] **ORDER GRANTING WITHDRAWAL OF KENNETH R. ADAMO, MARK S. BLACKMAN, MARK V. CAMPAGNA, FLOYD DREXEL FEELING, MICHAEL K. HENDERSHOT, ROBERT C. KAHRL, THARAN GREGORY LANIER, ROBERT O. LINDEFJELD, JENNY L. SHEAFFER BENJAMIN B. SLEY JAMES L. WAMSLEY, III, AS COUNSEL OF RECORD FOR MOSAID TECHNOLOGIES INCORPORATED**
   Plaintiff,
19
   v.
20
   MOSAID TECHNOLOGIES
21 INCORPORATED,

22      Defendant.

23

24

25

26 AND RELATED COUNTERCLAIMS.

27

28

MPI-34586v1

[PROPOSED] ORDER GRANTING
WITHDRAWAL OF COUNSEL
Case No. 5:02-CV-05772

1   IT IS HEREBY ORDERED that:

2   KENNETH R. ADAMO, MARK S. BLACKMAN, MARK V. CAMPAGNA, FLOYD
3   DREXEL FEELING, MICHAEL K. HENDERSHOT, ROBERT C. KAHRL, THARAN
4   GREGORY LANIER, ROBERT O. LINDEFJELD, JENNY L. SHEAFFER, BENJAMIN B.
5   SLEY, JAMES L. WAMSLEY, III, is withdrawn as counsel for MOSAID Technologies
6   Incorporated in this action.

Dated: 3/27/06

HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA