**E-filed 8/8/06**

1  Henry C. Bunsow (SBN 060707)
   K.T. Cherian (SBN 133967)
2  Scott Wales (SBN 179804)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California  94105
4  Telephone:  (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Defendant
6  MOSAID TECHNOLOGIES INCORPORATED

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11  INFINEON TECHNOLOGIES NORTH          ) Case No. 5:02-cv-05772 JF
    AMERICA CORPORATION,                 )
12                                       ) [~~PROPOSED~~] ORDER DETERMINING
              Plaintiff,                 ) THAT CASES SHOULD BE RELATED
13                                       ) PURSUANT TO CIVIL L.R. 3-12
         v.                              )
14                                       )
    MOSAID TECHNOLOGIES INCORPORATED,    )
15                                       )
              Defendant.                 )
16  _____)

17       Having considered non-party Micron Technology, Inc.'s ("Micron") Unopposed

18  Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12

19  ("Micron's Motion"), and good cause appearing,

20       IT IS HEREBY ORDERED that the Administrative Motion is GRANTED.  The Court finds

21  that the newly filed action entitled *Micron Technology, Inc. v. Mosaid Technologies, Incorporated*,

22  Case No. C:06-cv-04496-WHA, (the "*Micron v. MOSAID* case"), is related to the pending action.  The

23  clerk is hereby directed to reassign the *Micron v. MOSAID* case to Judge Fogel, and to notify the

24  parties and Judge Alsup accordingly.

25

26   Dated:  8/3/06                              _____
27                                               Hon. Jeremy Fogel
                                                 United States District Judge
28

HOWREY LLP

Case No.  5:02-cv-05772 JF
PROPOSED] ORDER DETERMINING THAT CASES SHOULD
BE RELATED PURSUANT TO CIVIL L.R. 3-12
DM_US\8372220.v1