# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

### CIVIL MINUTES

**Court Proceedings:** Law and Motion Hearing, October 20, 2006
**Case Number:** CV-02-5772-JF/RS and Related Case Number CV-06-4496-JF

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Gina Galvan

---

**TITLE:**                     **INFINEON TECHNOLOGIES V. MOSAID TECHNOLOGIES**

|   **PLAINTIFF**   |   **DEFENDANT**   |
|---|---|
| **Infineon Technologies** | **Mosaid Technologies** |

| **Attorneys Present:** Alice Garber, Jonathan James, | **Attorneys Present:** Henry Bunsow |
|---|---|
| Stefani Shanberg, Ginger Lu, Sean DeBruine | Scott Wales, Kfin Levy |

PROCEEDINGS:

  Hearing on Motion to Vacate, Motion to Intervene and Motion to Dismiss held.
  Parties are present.
  The motions are taken under submission.
  The case management conference is not held.