UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, February 2, 2007
**Case Number:** CV-02-5772-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Gina Galvan

TITLE:            INFINEON TECHNOLOGIES V. MOSAID TECHNOLOGIES

| PLAINTIFF | DEFENDANT |
|---|---|
| Infineon Technologies | Mosaid Technologies |
| **Attorneys Present:** Alice Garber, Robert Freitas | **Attorneys Present:** Henry Bunsow, **Scott Wales,** Sarah Jalali |

PROCEEDINGS:

Hearing on Motion to Vacate and Motion on Collateral Estoppel held.
Parties are present. The motions are taken under submission.