| | |
|---|---|
| 1 | Henry C. Bunsow (SBN 060707) |
|   | K.T. Cherian (SBN 133967) |
| 2 | Scott Wales (SBN 179804) |
|   | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
|   | San Francisco, California  94105 |
| 4 | Telephone: (415) 848-4900 |
|   | Facsimile: (415) 848-4999 |
| 5 | |
|   | Attorneys for Defendant |
| 6 | MOSAID TECHNOLOGIES INCORPORATED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION, | ) ) ) | Case No. 5:02-cv-05772 JF |
| Plaintiff, | ) ) | **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |
| v. | ) ) | |
| MOSAID TECHNOLOGIES INCORPORATED, | ) ) ) | |
| Defendant. | ) ) | |

IT IS STIPULATED, by all parties to this action, through their counsel of record and subject to the approval of the Court:

1. All claims presented by the complaint and all the counterclaims in this action shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorney's fees.

**HOWREY LLP**

Case No.  5:02-cv-05772 JF                                                     -1-
STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

DM_US\8354337.v1

| | |
|---|---|
| 1 | |
| 2 | IT IS HEREBY STIPULATED. |
| 3 | |
| 4 | Dated:  February 20, 2007 |

 /s/ Scott Wales
Henry C. Bunsow
K.T. Cherian
Scott Wales
HOWREY LLP
525 Market Street, Suite 3600
Telephone:  415-848-4900
Facsimile:  415-848-4999
bunsowh@horey.com
cheriank@howrey.com
waless@howrey.com

**ATTORNEYS FOR PLAINTIFF
MOSAID TECHNOLOGIES INC.**

Dated:  February 20, 2007

 /s/ Alice Garber
Eric R. Lamison
Alice Garber
Kirkland & Ellis LLP
555 California Street
San Francisco, California  94104
Telephone:   415-439-1400
Facsimile:  415-439-1500
ctaylor@kirkland.com
agarber@kirkland.com

John M. Desmarais
Gregory S. Arovas
Paul Bondor
Kirkland & Ellis LLP
153 East 53rd Street
New York, New York  10022
Telephone: 212-446-4800
Facsimile: 212-446-4900
garovas@kirkland.com

**ATTORNEYS FOR DEFENDANTS
INFINEON TECHNOLOGIES NORTH
AMERICA CORP., INFINEON
TECHNOLOGIES AG, INFINEON
TECHNOLOGIES HOLDING NORTH
AMERICA INC., and INFINEON
TECHNOLOGIES RICHMOND LP**

**HOWREY LLP**

Case No.  5:02-cv-05772 JF                                        -2-
STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

DM_US\8354337.v1