Henry C. Bunsow (SBN 060707)
K.T. Cherian (SBN 133967)
Scott Wales (SBN 179804)
Patricia L. Peden (SBN 206440)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California  94105
Telephone:  (415) 848-4900
Facsimile:  (415) 848-4999

Attorneys for Defendant
MOSAID TECHNOLOGIES INCORPORATED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INFINEON TECHNOLOGIES NORTH AMERICA CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOSAID TECHNOLOGIES INCORPORATED,<br><br>　　　　　Defendant. | Case No. 5:02-cv-05772 JF<br><br>**ORDER FOR STIPULATED DISMISSAL WITH PREJUDICE** |

IT IS HEREBY ORDERED pursuant to stipulated motion by all parties to this action:

1. All claims presented by the complaint and all the counterclaims in this action shall be dismissed with prejudice as to all parties pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

2. Each party shall bear its own costs and attorney's fees.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeremy Fogel
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**HOWREY LLP**

Case No.  5:02-cv-05772 JF
ORDER FOR STIPULATED DISMISSAL WITH PREJUDICE

DM_US\8354326.v1